# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Manhattan Group, LLC,　　　　　　　　　　　　Civ. No. 10-3918 (SRN/JJK)

　　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　　**Order**

Automoblox Company, LLC
and Patrick Calello,

　　　　　Defendants.

---

J. Thomas Vitt, Esq., Dustin Adams, Esq., and David Y. Trevor, Esq., Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN counsel for Plaintiff.

Bridget A. Sullivan, Esq., and Todd L. Gurstel, Esq., Gurstel, Staloch & Chargo, P.A., 6681 Country Club Drive, Golden Valley, MN, counsel for Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 30, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　Defendant's Motion for Preliminary Injunction (Doc. No. 6), is **DENIED.**

Date:　January 21, 2011

　　　　　　　　　　　　　　　　　　　　　　s/ Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge