

DAVID Y. TREVOR
(612) 340-8718
FAX (612) 340-2777
trevor.david@dorsey.com

July 20, 2011

The Honorable Tony N. Leung
United States District Court
342 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN  55101

    Re:    Manhattan Group, LLC v. Automoblox Co., LLC
           Court File No.: 0:10-cv-03918-PJS-JJK

Dear Magistrate Judge Leung:

    Pursuant to the Court's Order of July 14, 2011, the parties to the above-referenced matter submit a joint status report. With regard to the arbitration between Manhattan Group, LLC and Automoblox Co., LLC which was tried in June, the parties submitted, on July 15, 2011, their post-hearing briefs to the arbitrator, Sidney Bluming. Pursuant to AAA procedures, it is our understanding that Arbitrator Bluming will issue a decision no later than August 15, 2011.

    It is the view of both parties that further proceedings in the federal litigation should await the arbitration decision. As directed in Your Honor's July 14, 2011 Order, the undersigned counsel for Manhattan Group, LLC will file a copy of the Arbitration Award with this Court promptly upon receiving the award.

    I am authorized to state that Bridget Sullivan, counsel for defendant Automoblox Co., LLC agrees with this status report.

    If the Court has any questions or requires any additional information, please do not hesitate to contact us.  Thank you.

                              Sincerely yours,

                              <u>s/David Y. Trevor</u>
                              David Y. Trevor
                              Counsel for Plaintiff Manhattan Group, LLC